OPINION — AG — ** SEARCH WARRANTS — DISTRICT ATTORNEY — SERVING ** WE FIND NO STATUTE AUTHORIZING A COUNTY ATTORNEY TO SERVE A SEARCH WARRANT, AND IN VIEW OF THE EXPRESS PROVISIONS OF 22 O.S. 1227 [22-1227], AND THE CASE OF " MURPHY V. STATE, 245 P.2d 741 ", THE AG CONCURS THAT A COUNTY ATTORNEY IS NOT SO AUTHORIZED. (POLICE, LAW ENFORCEMENT, ACCOMPANY A BONDED OFFICER, PEACE OFFICER) CITE: 19 O.S. 183 [19-183], 22 O.S. 1225 [22-1225] (JAMES P. GARRETT)